```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM DORDAN,
                                Plaintiff

          - against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, et al.,

                                Defendants.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

07 Civ. 6644 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The complaint in this case was filed on July 24, 2007. Other than filing a notice of change of address on September 12, 2007, Plaintiff has taken no action to proceed further. Defendants moved to dismiss the complaint on October 31, 2007, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure. Unless Plaintiff notifies the Court by December 17, 2007 that he intends to proceed with this case, it will be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: New York, New York
       December 5, 2007

                                             Robert P. Patterson, Jr.
                                             U.S.D.J.

**Copies of this Order sent to:**

William Dordan
29052 Beach Channel Dr., #1R
Far Rockaway, Queens, NY 11691

Office of the Corporation Counsel
New York City Law Department
100 Church Street, Room 2-185
New York, NY 10007
Attn: Deborah Alyse Dorfman
Tel:   (212) 788-0408
Fax:   (212) 788-0940


Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Attn:   Michelle H. Schott
Tel:    212-806-5400
Fax:    212-806-6006