```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08
```

RECEIVED JAN - 3 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Deborah A. Dorfman
phone: (212) 788-0408
fax: (212) 788-0940
email: ddorfman@law.nyc.gov

January 3, 2008

*By Facsimile*

Hon. Robert P. Patterson
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Clyde Williams v. NYC Department of Corrections, et al.*, 07 Civ 5542 (RPP)
*William Dordan v. NYC Department of Corrections, et al.*, 07 Civ 6644 (RPP)

Dear Judge Patterson:

    I am the Assistant Corporation Counsel assigned to represent the defendants in the above-referenced cases. I write on behalf of the defendants in these matters to respectfully request, for the reasons stated below, that the Court dismiss these two cases without prejudice for failure to prosecute.

    On December 6, 2007, this Court issued Orders to the *pro se* plaintiffs in the above-named matters to advise the Court no later than December 17, 2007, whether they would proceeding with their cases or their cases would be dismissed without prejudice. As of this date, it appears from the ECF Docket Report in both of these cases that neither of the plaintiffs have responded to the Court's Orders. Further defendants have not received any written or oral communication from either of the plaintiffs in these cases indicating that they wish to proceed with their cases or otherwise. Therefore, defendants respectfully request that the Court dismiss these cases without prejudice for failure to prosecute.

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

Application granted. Clyde Williams v NYC Department of Corrections et al 07 Civ 5542 and William Dordan v NYC Department of Corrections et al 07 Civ 6644 are hereby dismissed without prejudice.

Robert P. Patterson, USDJ 1/3/08

Thank you for your consideration of these requests.

Sincerely yours,

Deborah A. Dorfman
Assistant Corporation Counsel

cc: William Dordan, Plaintiff *pro se* (via First Class Mail)
Clyde Williams, Plaintiff *pro se* (via First Class Mail)
Michelle Schott, Esq.; Stroock, Stroock, & Lavan, LLP

Jan 3 2008 4:31  Fax:2127880940  NYC LAW DEPARTMENT  P.03

Case:      Clyde Williams v. NYC Dep't of Corrections, et al.
Index No.: 07 Civ. 5542
Case:      William Dordan v. NYC Dep't of Corrections, et al.
Index No.  07 Civ. 6644 (RPP)

MEMO ENDORSEMENT READS:

*Application granted.*

*Clyde Williams v. NYC Dep't of Corrections, et al., 07 Civ. 5542*

*and*

*William Dordan v. NYC Dep't of Corrections, et al., 07 Civ. 6644*

*are hereby dismissed without prejudice.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 1/4/08*